UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYRA MUNOZ,<br><br>    Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA, N.A.,<br><br>    Defendant. | Case No.: 1:14-cv-1989-LJO-BAM<br><br>**New Case No. 14-cv-1989 LJO-JLT**<br><br>ORDER TRANSFERRING ACTION TO BAKERSFIELD DIVISION |

Plaintiff Mayra Munoz ("Plaintiff") filed a complaint with this Court on December 12, 2014. (Doc. 1). A review of the pleading reveals that the events giving rise to this action occurred in Kern County. Accordingly, this Court finds that venue is proper in the United States District Court, Eastern District of California, Bakersfield, California. The Clerk of the Court is directed to transfer and reassign this action to the Honorable Jennifer Thurston. See 28 U.S.C. § 1391(b).

Accordingly, the scheduling conference set for **March 12, 2015 at 9:00 am** in Courtroom 8 is VACATED.

The new case number shall be included on all future pleadings and is **14-cv-1989 LJO -JLT**. All future filings shall contain this new number. Failure to do so may result in a delay in the processing of this case.

IT IS SO ORDERED.

Dated: **February 18, 2015**      /s/ Barbara A. McAuliffe
                                                                                UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28