1 | CAMILO ECHAVARRIA (State Bar No. 192481)
  |   camiloechavarria@dwt.com
2 | AARON N. COLBY (State Bar No. 247339)
  |   aaroncolby@dwt.com
3 | DAVIS WRIGHT TREMAINE LLP
  | 865 South Figueroa Street, 24th Floor
4 | Los Angeles, California  90017-2566
  | Telephone:  (213) 633-6800
5 | Fax:  (213) 633-6899

6 | Attorneys for Defendant
  | BANK OF AMERICA, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – BAKERSFIELD DIVISION

| | |
|---|---|
| MAYRA MUNOZ, an individual<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>BANK OF AMERICA, N.A.; DOES 1-50, Inclusive,<br><br>　　　　　Defendants. | Case No.  **14-CV-1989 LJO-JLT**<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>**[Fed. R. Civ. P 41(a)(1)(A)(ii)]**<br><br>Action Filed:  December 12, 2014 |

## ORDER

In consideration of the Joint Stipulation for Dismissal of Action with Prejudice, signed by plaintiff Mayra Munoz and defendant Bank of America, N.A. through their counsel of record, IT IS HEREBY ORDERED that the entire action shall be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Each party shall bear her or its own attorneys' fees and costs.  The Clerk of Court is directed to CLOSE THIS CASE.

**IT IS SO ORDERED**
**Dated: September 22, 2015**

                              **/s/ Lawrence J. O'Neill**
                              **United States District Judge**